In re: **Paul NAGY, Petitioner.**

No. 04–7492.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 19, 2005.

Decided: Feb. 11, 2005.

Paul Nagy, Petitioner pro se.

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Paul Nagy has filed a petition for writ of mandamus seeking to have this court direct the district court to rule on certain motions filed in March 2004. On September 2, 2004, the district court entered its order denying those motions and a motion for expedited ruling on the motions. Accordingly, although we grant the motion to proceed in forma pauperis, we deny as moot the petition for mandamus relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED*